**COPY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 29 2001
JAMES W McCORMACK, CLERK
By: _____ DEP. CLERK

ALBERT J. MUICK, )
           )
   Plaintiff, )
           ) REQUEST FOR THE APPOINTMENT
           ) OF EXPERT WITNESS PURSUANT
           ) TO RULE 706(a), FED.R.EVID.
   v.      )
           ) Case No. 4:00-CV-36HDY
           )
EDWARD JOHNSON et al., )
           )
   Defendants. )

### REQUEST FOR THE APPOINTMENT OF EXPERT WITNESS PURSUANT TO RULE 706(a), FED.R.EVID.

**NOW COMES** Plaintiff Albert J. Muick, *pro se*, and requests this Honorable Court to appoint an osteopathic surgeon as an expert witness for the scheduled July 24 2001 evidentiary hearing for the following reasons:

1. Rule 706(a), Fed.R.Evid. provides that the Court may appoint an expert witness for an indigent litigant [see **United States Marshals Service v. Means**, 741 F.2d 1053, 1056-58 (8th Cir. 1984)].

2. This Court has scheduled an evidentiary hearing for July 24 2001 in the above-captioned Matter.

3. Testimony will be had from numerous lay witnesses including the Defendants and the Plaintiff.

4. As this case centers around deliberate indifference under the Eighth Amendment which has caused the Plaintiff injury, pain and suffering, expert medical testimony must be had from a specialist in the field of osteopathic medicine since the

area involved deals with the Plaintiff's spine. An osteopathic surgeon is the most qualified to testify about the Plaintiff's condition and the amount of pain that he suffers. Obviously, the expert witness should be a neutral third party.

5. It is probable that the Defendants will introduce their own medical expert and the Plaintiff is not a medical professional and thusly cannot contradict with authority.

6. This is a technical issue that is beyond the capability or the knowledge of the Plaintiff to address.

7. The Plaintiff is proceeding pro se and in forma pauperis.

**WHEREFORE,** the Plaintiff respectfully requests this Honorable Court appoint an osteopathic surgeon as an expert witness pursuant to Rule 706(a), Fed.R.Evid., and grant such other and further relief as is just and equitable.

Respectfully submitted,
June 26 2001

Albert J. Muick, pro se
Reg.No. 11034-026
FCI Seagoville
PO Box 9000
Seagoville, TX  75159

**CERTIFICATE OF FILING**

I certify under penalty of perjury that an original and two copies of this pleading were filed with the Clerk of Court by placing them in a sealed, first-class-postage-prepaid envelope, and placing same in the prison internal mailing system at FCI SEAGOVILLE, TEXAS 75159 on this 26th day of June 2001.

Albert J. Muick, pro se

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this instrument was served upon: Gwendolyn D. Hodge AUSA, U.S. Attorneys Office, PO Box 1229, Little Rock, AR  72203, by placing same in a sealed, first-class-postage-prepaid envelope and depositing same in the prison internal mailing system at FCI SEAGOVILLE, TEXAS  75159 on this 26th day of June 2001.

*[signature]*

Albert J. Muick, <u>pro se</u>
Reg.No. 11034-026
FCI Seagoville
PO Box 9000
Seagoville, TX   75159

-3-